**Order entered February 26, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00896-CR

### KYLE HERMAN HIBBARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-51973-R**

### ORDER

Before the Court is appellant's February 21, 2020 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief filed on or before **March 26, 2020**.

/s/     BILL PEDERSEN, III
JUSTICE